# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Stacy R Best § Case No. 13-29113
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on February 11, 2015
in Courtroom 613, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____Kenneth S. Gardner_____
                                        Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
Stacy R Best  §   Case No. 13-29113
  §
         Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 5,930.24 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,930.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,343.02 | $ 0.00 | $ 1,343.02 |
| Trustee Expenses: STEVEN R. RADTKE | $ 13.15 | $ 0.00 | $ 13.15 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,356.17 |
| Remaining Balance | $ 4,574.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 4,744.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 96.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Talamore Community Association | $ 1,253.68 | $ 0.00 | $ 1,208.72 |
| 3 | Talamore Condominium Association #1 | $ 3,490.51 | $ 0.00 | $ 3,365.35 |
| | Total to be paid to tardy general unsecured creditors | | | $ 4,574.07 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                         Case No. 13-29113-TAB
Stacy R Best                                                   Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mcamacho              Page 1 of 2              Date Rcvd: Jan 13, 2015
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
db             +Stacy R Best,    1723 Roslyn Rd.,    Roselle, IL 60172-4904
20755326      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      4161 Piedmont Pkwy,    Greensboro, NC 27410)
20755327      ++BAXTER CREDIT UNION,    COLLECTION DEPARTMENT,    PO BOX 8133,    VERNON HILLS IL 60061-8133
               (address filed with court: Baxter Ecu/BCU,      340 N Milwaukee Ave.,    Attn: Bankruptcy,
                 Vernon Hills, IL 60061)
20755325       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,     Po Box 5170,
                 Simi Valley, CA 93062-5170
20755331       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20755333       +Chase-pier1,    Po Box 15298,    Wilmington, DE 19850-5298
20755332       +Chase-pier1,    Chase Card Svcs/Attn:Bankruptcy Dept,     Po Box 15298,
                 Wilmington, DE 19850-5298
20755335       +Express/Comenity Bank,     Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
20755336       +Express/Comenity Bank,     Po Box 182789,    Columbus, OH 43218-2789
20755338       +Fifth Third Bank,    4000 W. Brown Deer,     Brown Deer, WI 53209-1221
20755339       +Francisco & Mary Ruiz,    73 Washington Ave.,     Streamwood, IL 60107-1370
20755342        Joshua D. Ruiz,    2717 Beville Blvd., Apt. 23205,     Clearwater, FL 33764-1174
20755343       +Law Offices of Gary S. Lundeen,     806 Nerge Rd.,    Roselle, IL 60172-4884
20755344       +Monica Messina,    Prudential American Heritage,     25 Turner Ave.,
                 Elk Grove Village, IL 60007-3951
20755345       +Ms. Julie Jacobson,    Kovitz Shifrin Nesbit,     750 W. Lake Cook Rd., Ste. 350-A,
                 Buffalo Grove, IL 60089-2069
20755347      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,      Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
20755346       +Talamore of Huntley Community Assn.,     12121 Talamore Blvd.,    Huntley, IL 60142-9559
20755348       +Toyota Motor Credit,    1111 W 22nd St Ste 420,     Oak Brook, IL 60523-1959
20755349       +Victoria's Secret,    Attention: Bankruptcy,     Po Box 182125,    Columbus, OH 43218-2125
20755350       +Victoria's Secret,    Po Box 182789,    Columbus, OH 43218-2789
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20755329        E-mail/Text: bankruptcy@bbandt.com Jan 14 2015 02:02:18      Bb&T,   Po Box 1847,
                 Attn: Bankruptcy,   Wilson, NC 27894
20755330       +E-mail/Text: bankruptcy@bbandt.com Jan 14 2015 02:02:17      Bb&T,   P O Box 2027,
                 Greenville, SC 29602-2027
20755334       +E-mail/Text: bankruptcy@commercebank.com Jan 14 2015 02:03:03      Commerce Bk,
                 P.o. Box 411036,   Kansas City, MO 64141-1036
20755337       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jan 14 2015 02:04:58      Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,   1850 East Paris,   Grand Rapids, MI 49546-6253
20755341       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2015 02:16:14      GECRB/JC Penny,
                 4125 Windward Plaza,   Alpharetta, GA 30005-8738
20755340       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2015 02:19:43      GECRB/JC Penny,
                 Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
22164641       +E-mail/Text: ndaily@ksnlaw.com Jan 14 2015 02:02:35      Talamore Community Association,
                 c/o Kovitz Shifrin Nesbit,   750 W Lake Cook Rd., Suite 350,,   Buffalo Grove, IL 60089-2088
22164646       +E-mail/Text: ndaily@ksnlaw.com Jan 14 2015 02:02:35      Talamore Condominium Association #1,
                 c/o Kovitz Shifrin Nesbit,   750 W Lake Cook Rd., Suite 350,,   Buffalo Grove, IL 60089-2088
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20755328*     ++BAXTER CREDIT UNION,    COLLECTION DEPARTMENT,    PO BOX 8133,   VERNON HILLS IL 60061-8133
               (address filed with court: Baxter Ecu/BCU,     400 North Lakeview Parkw,
                 Vernon Hills, IL 60061)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: mcamacho              Page 2 of 2                  Date Rcvd: Jan 13, 2015
                               Form ID: pdf006             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2015 at the address(es) listed below:
              George J Koulogeorge    on behalf of Debtor Stacy R Best bankruptcy@attorneychicago.com
              Jessica S Naples    on behalf of Creditor    Branch Banking & Trust Company ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald J. Kapustka    on behalf of Creditor    Talamore Community Association c/o Kovitz Shifrin
               Nesbit ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
              Ronald J. Kapustka    on behalf of Creditor    TALAMORE CONDOMINIUM ASSOCIATION #1  c/o Kovitz
               Shifrin Nesbit ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```