UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Stacy R Best § Case No. 13-29113
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

　　　　4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

　　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____　　By:/s/STEVEN R. RADTKE_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bb&T Po Box 1847 Attn: Bankruptcy Wilson, NC 27894 |  |  |  |  |  |
|  | Talamore of Huntley Community Assn. 12121 Talamore Blvd. Huntley, IL 60142 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bb&T | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Baxter Ecu/BCU 340 N Milwaukee Ave. Attn: Bankruptcy Vernon Hills, IL 60061 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-pier1 Chase Card Svcs/Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commerce Bk P.o. Box 411036 Kansas City, MO 64141 | | | | | |
| | Express/Comenity Bank Attention: Bankruptcy Dept Po Box 182686 Columbus, OH 43218 | | | | | |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | Francisco & Mary Ruiz 73 Washington Ave. Streamwood, IL 60107 | | | | | |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Law Offices of Gary S. Lundeen 806 Nerge Rd. Roselle, IL 60172 | | | | | |
| | Monica Messina Prudential American Heritage 25 Turner Ave. Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 |  |  |  |  |  |
|  | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 |  |  |  |  |  |
| 2 | Talamore Community Association |  |  |  |  |  |
| 3 | Talamore Condominium Association #1 |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-29113 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Stacy R Best | | | | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/09/2013 |
| For Period Ending: | 04/07/2015 | | | | Claims Bar Date: | 01/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9926 Cummins St., Huntley, Il 60142 | 131,119.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 15.00 | 15.00 | | 0.00 | FA |
| 3. Tcf Bank Checking | 4,500.00 | 500.00 | | 0.00 | 500.00 |
| 4. Charter One Savings | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 5. Misc. Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 6. Misc. Petty Items | 250.00 | 250.00 | | 0.00 | FA |
| 7. Misc. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Petty Jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 9. Misc. Petty Items | 100.00 | 100.00 | | 0.00 | FA |
| 10. 401K Through Work | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. Brokerage Account W/ Misc. Stock Holdings | 4,000.00 | 4,000.00 | | 5,930.24 | FA |
| 12. 2007 Scion Tc (79K+ Miles) | 5,555.00 | 3,155.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $157,239.00 | $11,620.00 | | $5,930.24 | $3,500.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled checking account of $4500 and savings account of $3000 totaling $7500 less exemption leaving $3500 and brokerage account of $4000; filed initial report of assets (two late claims filed 7/15/13. Trustee has made demand for turnover of funds).Expect funds by 12/1/14; funds received; secured claim withdrawn

Initial Projected Date of Final Report (TFR): 06/30/2015          Current Projected Date of Final Report (TFR): 06/30/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29113 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Stacy R Best | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5620 |
| | Checking |
| Taxpayer ID No: XX-XXX6858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/14 | 11 | Stacy Best | Proceeds from brokerage account | 1129-000 | $5,930.24 | | $5,930.24 |
| 02/26/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Distribution Reversal Inadvertently created one check instead of two. Voiding this check in order to create one check for fees and one for costs | | | ($1,356.17) | $7,286.41 |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.    $1,343.02 | 2100-000 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.    $13.15 | 2200-000 | | | |
| 02/26/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Distribution | | | $1,356.17 | $5,930.24 |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.    ($1,343.02) | 2100-000 | | | |
| | | STEVEN R. RADTKE | Final distribution representing a payment of 100.00 % per court order.    ($13.15) | 2200-000 | | | |
| 02/26/15 | 1002 | Talamore Community Association<br>C/O Kovitz Shifrin Nesbit<br>750 W Lake Cook Rd., Suite 350,<br>Buffalo Grove, Il 60089 | Final distribution to claim 2 representing a payment of 96.41 % per court order. | 7200-000 | | $1,208.72 | $4,721.52 |
| 02/26/15 | 1003 | Talamore Condominium Association #1<br>C/O Kovitz Shifrin Nesbit<br>750 W Lake Cook Rd., Suite 350,<br>Buffalo Grove, Il 60089 | Final distribution to claim 3 representing a payment of 96.41 % per court order. | 7200-000 | | $3,365.35 | $1,356.17 |

Page Subtotals:    $5,930.24    $4,574.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29113 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Stacy R Best | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5620 |
| | Checking |
| Taxpayer ID No: XX-XXX6858 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final distribution representing a payment of 100.0% per court order. | 2100-000 | | $1,343.02 | $13.15 |
| 02/26/15 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final distribution representing a payment of 100.0% per court order. | 2200-000 | | $13.15 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,930.24 | $5,930.24 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,930.24 | $5,930.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,930.24 | $5,930.24 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*    Page Subtotals: $0.00    $1,356.17

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5620 - Checking | $5,930.24 | $5,930.24 | $0.00 |
| | $5,930.24 | $5,930.24 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,930.24 |
| Total Gross Receipts: | $5,930.24 |

Page Subtotals: $0.00 $0.00